**Ricky Lee McDEID, Appellant,**

v.

**State of MINNESOTA; Kevin Goodno; Rick Harry; Mike Tessneer; Larry TeBrake; Paula Johnson; Anita Schlank; Steven Huot; Joanne Fairfield; Tom Lundquist; Jerry Zimmerman; Kirk Davis; Randy Valentine; Barry Anderson; John Mandernach; Thorn Torgerson, Appellees.**

No. 05–4491.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 3, 2008.

Filed: Aug. 31, 2009.

Ricky Lee McDeid, Moose Lake Regional Treatment Center, Moose Lake, MN, for Appellant.

David A. Rowley, Barbara E. Berg Windels, Attorney General's Office, St. Paul, MN, for Appellees.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

Ricky Lee McDeid appeals the district court's[1] order granting defendants' summary judgment motion in his 42 U.S.C. § 1983 action. Upon de novo review, *see Rouse v. Benson*, 193 F.3d 936, 939 (8th Cir.1999), we conclude summary judgment in favor of defendants was proper. We affirm the judgment of the district court. *See Serna v. Goodno*, 567 F.3d 944 (8th Cir.2009); and *see also* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.